No. 960. ARTHUR E. DONEGAN *v.* UNITED STATES. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alexander Akerman* and *Mr. W. M. Toomer* for petitioner. No brief filed for the United States.

No. 962. EMPIRE GAS & FUEL COMPANY *v.* LONE STAR GAS COMPANY. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. M. Etheridge* for petitioner. *Mr. Harry Preston Lawther* for respondent.

No. 965. BELDING BROS. & COMPANY *v.* BENJAMIN L. ARMSTRONG. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert B. Honeyman* and *Mr. Henry B. Twombly* for petitioner. *Mr. Livingston Gifford* for respondent.

No. 970. OLD COLONY TRUST COMPANY *v.* LAWYERS TITLE & TRUST COMPANY. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Eugene W. Leake* and *Mr. William C. Breed* for petitioner. *Mr. Frederick P. King* for respondent.

No. 978. J. P. EVANS *v.* PAT MARR, INDIVIDUALLY AND AS TRUSTEE, ETC. May 5, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. D. Wilkinson* and *Mr. C. Huffman Lewis* for petitioner. No appearance for respondent.